IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MILLARD WAYNE WELCH, PERSONAL
REPRESENTATIVE OF THE ESTATE OF
PATRICIA WELCH, DECEASED, ET AL.                                    PLAINTIFFS

VS.                         CASE NO. 4:07CV00229 JMM

CITY OF BEEBE, ET AL.                                               DEFENDANTS

**ORDER**

Plaintiff's Motion for Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41 is granted (#18). The complaint is dismissed without prejudice and the Clerk of the Court is directed to close the case. Each party is to bear their own costs.

IT IS SO ORDERED THIS   20   day of   November  , 2007.

_____
James M. Moody
United States District Court